UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -  :  **INDICTMENT**

HECTOR FIGUEROA,  :  **07 CRIM 587**
   a/k/a "Eric Crus,"
                             :

        Defendant.  :

- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1.  On or about June 5, 2007, in the Southern District of New York, HECTOR FIGUEROA, a/k/a "Eric Crus," the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

   (Title 21, United States Code, Sections 812, 841(a)(1) and
     841(b)(1)(B); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

2.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, HECTOR FIGUEROA, a/k/a "Eric Crus," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any

manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Asset Provision</u>

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

HECTOR FIGUEROA,
a/k/a "Eric Crus,"

Defendant.

INDICTMENT

07 Cr. _____

(Title 21, United States Code, Sections
812, 841(a)(1), and 841(b)(1)(B))

_____
MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

*[signature]*

Foreperson.

6/27/07  Indictment filed. Case assigned to
SAH      Judge Patterson.

                          For, J.