RECEIVED
AUG 15 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

# FASULO, SHALLEY & DiMAGGIO L.L.P.
### ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DiMAGGIO
* ADMITTED NJ

OF COUNSEL
DOUGLAS KAHAN

August 15, 2007

*via facsimile (212) 805-7917*
UNITED STATES DISTRICT COURT, SDNY
Hon. Robert P. Patterson, USDJ
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v Hector Figueroa*
Docket No.: 07 Cr 587 (RPP)

Dear Honorable Sir:

I was recently appointed to represent the Defendant in the above-referenced matter, pursuant to CJA. Please accept this correspondence as a request to extend the deadline to file motions for two (2) weeks.

As the Court is aware, the deadlines set for motions was today. However, Counsel attempted to review discovery with the defendant but encountered technical difficulty and was unable to play the tapes. As a result, it is respectfully requested that the deadline for Defense Counsel to submit any motions be extended two (2) weeks, until August 29, 2007, as it meets the interests of justice.

It should be noted that my office attempted to reach AUSA Jessica Masella, but was unable to reach her prior to the submission of this request.

Respectfully submitted,

Louis V. Fasulo

*Application granted. So ordered. RWPatterson USDJ 8/15/07*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8105 • NJ (908) 273 5721
• FSDLAW@AOL.COM •

cc: Jessica Masella, AUSA
*via facsimile (212) 637-0084*