

# FASULO, SHALLEY & DIMAGGIO L.L.P.
## ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO

* ADMITTED NJ

OF COUNSEL
DOUGLAS KAHAN

**MEMO ENDORSED**

RECEIVED APR - 9 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

April 8, 2008

**BY FAX (212) 805-7917**
Honorable Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

Re: *United States v. Hector Figueroa 07 Cr. 587 (RPP)*

Dear Judge Patterson:

    I am the attorney in the above referenced matter. I respectfully write to request that the sentencing for the defendant Hector Figueroa be scheduled for April 28, 2008 or a date convenient for the Court. We are requesting this adjournment to allow defense counsel to review the pre-sentence report in order to make the appropriate objections and make any necessary submissions on behalf of the defendant.

    For the above stated reasons I am respectfully requesting that the sentencing be scheduled for April 28, 2008 or for a time that the Court deems fit. We are also requesting that the time between April 11, 2008 and the next Court date be excluded in the interest of justice in order to allow defense counsel to finalize any sentencing matters.

    If you have any further question please do not hesitate to contact the undersigned or my paralegal Ms. Jennie Carmona,

Very truly yours,

Louis V. Fasulo

cc: A.U.S.A. Jessica Masella
(By fax (212) 637-0084)

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8185 • NJ (908) 273-5721
• FSDLAW@AOL.COM •

*Handwritten endorsement:* Application granted. Sentence will be held on April 28, 2008 at 4 P.M. So ordered. Robert P. Patterson, U.S.D.J. 4/9/08