

# FASULO, SHALLEY & DIMAGGIO L.L.P.
## ATTORNEYS AT LAW

**MEMO ENDORSED**

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* ADMITTED NJ

Of Counsel
DOUGLAS KAHAN

April 25, 2008

RECEIVED
APR 25 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**VIA FACSIMILE: (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

Re: Hector Figueroa 07 Cr. 587 (RPP)

Dear Judge Patterson:

I am the attorney for the above referenced defendant. I respectfully write to request that the sentencing for the defendant Hector Figueroa be adjourned for approximately two (2) weeks. The reason for the request is that the parents of the defendant reside in Puerto Rico and are unable to make the presently scheduled court date of Monday, April 28, 2008. In addition defense counsel will be unable to attend due to severe bronchitis.

For the above stated reasons I am respectfully requesting that the sentencing be scheduled for Monday, May 12, 2008 or for a date thereafter convenient for the court. We are also requesting that the time between April 28, 2008 and the next court date be excluded in the interest of justice.

If you have any further questions please do not hesitate to contact the undersigned or my paralegal, Ms. Jennie Carmona.

Respectfully submitted,

Louis V. Fasulo

Cc: A.U.S.A. Jessica Masella
(by fax 212-637-0084)

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8165 • NJ (908) 273-5721
• FSDLAW@AOL.COM •

*Handwritten endorsement:* Application granted in part. Due to MCC crowding sentence will be held 5/5/08 @ 9:30 AM. So ordered. RPP 4/25/08